UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:                                                  Chapter 7
                                                        Case No. 14-22997-RDD
EZRIEL EDWARD KORNEL, a/k/a ED KORNEL,
and KATHERINE S. PETITTI, a/k/a
KATHERINE KORNEL, a/k/a
KATHERINE PETITTI-KORNEL,

                  Debtors.

------------------------------------------------------------x

**AUCTIONEER'S REPORT OF COMMISSION AND EXPENSES
FOR THE SALE OF THE REAL PROPERTY LOCATED
AT 12 GIFFORD LAKE DRIVE, ARMONK, NEW YORK**

By Public Auction Sale conducted on December 4, 2014, full amount realized for the
real property located at 12 Gifford Lake Drive, Armonk, New York......................................................$2,250,000.00

Auctioneer's Commission pursuant to their order of retention
for the United States Bankruptcy Court, Southern District of New York....................................................$52,500.00

Advertisement published in the New York Times on November 23, 2014 ...................................$669.50

Advertisement published in the Wall Street Journal on November 21, 2014 ..............................$562.00

Advertisements published in the Journal News on November 16 and 22, 2014 .........................$686.80

Proportionate share of the advertisement in the New York Real Estate Journal
published on November 11, 2014 ...............................................................................$99.44

1-800-The-Sign for custom sign posted on the Property.............................................................$73.19

Indexx for the proportionate share of the printing and mailing of 9,853
4-Color Multi Property Auction brochures via USPS first class mail .......................................$1,992.49

Proportionate share of printing 740 additional multi-auction color flyers distributed at
various Maltz Auction events.........................................................................................N.C.

Highly targeted social media marketing on Facebook.com........................................................$357.88

General social media marketing on Facebook.com and Twitter.com.............................................N.C.

Internet marketing for 30 days on Loopnet.com and over 200 additional web sites ....................$52.00

Labor to gather and prepare due diligence information, prepare marketing materials for
print and internet advertising, answering calls and emails, and inspections conducted on
November 17 and 24, 2014.............................................................................................N.C.

Labor for Richard B. Maltz to assist with and oversee the implementation of the marketing
campaign, post auction signage on the Property, and handle numerous telephone calls/email
inquiries........................................................................................................................N.C.

Labor for David R. Maltz to review marketing materials, handle numerous telephone calls
with prospective bidders and conduct the inspection on December 1, 2014 ...................................N.C.

Labor for David A. Constantino to design property specific webpage which was posted on
www.MaltzAuctions.com, prepared content and posted on various real estate and auction
specific websites, prepared marketing materials for print and implemented internet
advertising, handled telephone calls and email correspondence from interested parties,
conducted inspections with interested parties on November 17, and 24, 2014, and assisted
at the public auction sale on December 4, 2014 ...............................................................N.C.

Labor for Debra A. Donovan to review marketing materials and handling telephone calls and email correspondence from interested parties ................................................................................... N.C.

Labor for Deirdre Yudelson to assist at the inspection on December 1, 2014 ................................. N.C.

Search engine marketing on Google.com ................................................................................... N.C.

Posting of auction sale on Applicant's website www.MaltzAuctions.com ......................................... N.C.

Weekly e-mail notification to more that 20,000 subscribers of the www.MaltzAuctions.com email mailing list ................................................................................ N.C.

Total Expenses ................................................................................................................... $4,493.30

Total Commission and Expenses ....................................................................................................... $56,993.30

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

In re:                                                                          Chapter 7
                                                                                Case No. 14-22997-RDD
EZRIEL EDWARD KORNEL, a/k/a ED KORNEL,
and KATHERINE S. PETITTI, a/k/a
KATHERINE KORNEL, a/k/a
KATHERINE PETITTI-KORNEL,

                    Debtors.

-----------------------------------------------------------------x

## REPORT OF PUBLIC AUCTION SALE

1.    In accordance with Local Bankruptcy Rule 6004-1(f) ("Local Rule"). David R. Maltz & Co., Inc. ("Maltz") submits this report of the public auction sale of the Debtor's real property located at 12 Gifford Lake Drive, Armonk, New York, (the "Property").

2.    On December 4, 2014 at approximately 10:00 a.m., Maltz conducted a public auction sale of the Property in accordance with the Order dated November 12, 2014 [Doc. No. 31] approving the auction sale by Maltz as auctioneer for the Trustee. *Local Rule 6004-1(f)(1).*

3.    The gross dollar amount of the sale of the Property was $2,250,000.00. *Local Rule 6004-1(f)(2).*

4.    The Property consisted of a residential house located in Armonk, New York. *Local Rule 6004-1(f)(3).*

5.    Maltz seeks a commission of $52,500.00 plus reimbursement of expenses in connection with the sale of the Property.

6.    Maltz has a blanket insurance policy covering all sales conducted by Maltz. In connection with the sale of the Property, Maltz is not seeking reimbursement from the Debtor's estate. *Local Rule 6004-1(f)(5).*

7.    No articles were withdrawn from the auction sale. *Local Rule 6004-1(f)(6).*

8.    The successful bidder for the Property is Jennifer R. Gaetano, whose address is 7 Audrey Lane, White Plains, New York 10605. *Local Rule 6004-1(f)(7).*

9.    All bidders were required to complete a bidder registration and provide the proper deposit in order to qualify to bid. *Local Rule 6004-1(f)(8).*

10.   There were no items for which there were no bids at the auction sale. *Local Rule 6004-1 (f)(9).*

11.   All registered bidders executed Terms and Conditions of Sale prior to bidding on the Property. Copies of the Terms and Conditions of Sale that were executed by the successful bidder were annexed. *Local Rule 6004-1(f)(10).*

12.   Maltz advertised the auction sale of the Property by: causing ads to be published in The New York Times, Wall Street Journal, Journal News, and New York Real Estate Journal, Mailing full color auction multi auction brochures to 9,853 targeted recipients, telemarketing campaigns, and utilizing search engine and social media marketing. See **Exhibits "A"** hereto. *Local Rule 6004-1(f)(11).*

13.   A listing of the Property was posted on the Applicant's website prior to the sale. The Property was open for inspection on November 17, 24, and December 1, 2014. *Local Rule 6004-1(f)(12).*

Dated:    January 20, 2015
          Central Islip, New York

                    By:    _____
                           Richard B. Maltz, Vice-President
                           David R. Maltz & Co., Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

In re:                                                          Chapter 7
                                                                Case No. 14-22997-RDD
EZRIEL EDWARD KORNEL, a/k/a ED KORNEL,
and KATHERINE S. PETITTI, a/k/a
KATHERINE KORNEL, a/k/a
KATHERINE PETITTI-KORNEL,

              Debtors.

-------------------------------------------------------------------x

### AFFIDAVIT TO ACCOMPANY REPORT OF PUBLIC AUCTION SALE

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF SUFFOLK  )

RICHARD B. MALTZ, being duly sworn deposes and says:

1.    I am the Vice-President of David R. Maltz & Co., Inc. ("Maltz"). I submit this affidavit, pursuant to Local Bankruptcy Rule 6004-1(g) ("Local Rule"), in connection with Maltz's report of sale (the "Report") of the public auction sale of the Debtor's real Property located at 12 Gifford Lake Drive, Armonk, New York, (the "Property").

2.    I make this affidavit of my personal knowledge based upon the handling of the public auction sale of the Property by Maltz. I personally managed the auction sale process and have the most familiarity with the same.

3.    I am a licensed auctioneer and real estate broker in the State of New York. My DCA # is 1240836. David R. Maltz of Maltz is a licensed auctioneer in the State of New York. David Maltz's DCA # is 762794.

4.    Maltz has a place of business at 39 Windsor Place, Central Islip, New York 11722.

5.    Maltz conducted the auction sale of the Property in accordance with the Order dated November 12, 2014, approving the employment of Maltz as the Trustee's auctioneer.

6.    The public auction sale of the Property was conducted by Maltz on December 4, 2014 at approximately 10:00 a.m., at the United States Bankruptcy Court, Southern District of New York at White Plains, 300 Quarropas Street, White Plains, New York.

7.    All monies collected by Maltz in connection with the sale of the Property were remitted to the Trustee.

8.    I declare under penalty of perjury that the foregoing is true and correct.

                                        Richard B. Maltz
                                        Vice President of David R. Maltz & Co., Inc.

Sworn to before me this
29th day of January, 2015

Debra A. Donovan
Notary Public, State of New York
No. 01DO6003880
Qualified in Suffolk County
Commission Expires March 9, 2018

EZRIEL EDWARD KORNEL, a/k/a ED KORNEL,
and KATHERINE S. PETITTI, a/k/a KATHERINE KORNEL,
a/k/a KATHERINE PETITTI-KORNEL,
Case # 14-22997-RDD

### COMPUTATION OF AUCTIONEER'S COMMISSION PURSUANT TO RETENTION ORDER

Gross Sale Proceeds of the Public Auction Sale conducted on December 4, 2014
for the real property located at 12 Gifford Lake Drive, Armonk, New York ................................................. $2,250,000.00

10% of the first $50,000.00 of the gross sale proceeds ............................................................ $5,000.00
8% of the next $25,000.00 of the gross sale proceeds ............................................................ $2,000.00
6% of the next $25,000.00 of the gross sale proceeds ............................................................ $1,500.00
4% of the next $50,000.00 of the gross sale proceeds ............................................................ $2,000.00
2% of the remaining gross sale proceeds over $150,000.00
(2% of $2,100,000.00) ................................................................................................................ $42,000.00

Auctioneer's Commission ........................................................................................................ $52,500.00

# miller

Miller Advertising Agency, Inc.   •   71 Fifth Avenue   •   New York, New York 10003   •   212-929-2200

## INVOICE

DAVID MALTZ CO. INC. - H434
39 Windsor Place

Central Islip, NY 11722

Client Number    022729
Invoice Number 789324 - 061
Invoice Date      11/24/14
Net 30    Page 2

Regarding
**EZRIEL KORNEL**

| Media | Description | Ad Number | Insert Dates | Ad Size | Times | Rate | Amount |
|---|---|---|---|---|---|---|---|
| NEW YORK TIMES | SALE DEC 4 | RB20011414 | 11/23 | 1.00 | 1 | 25.75 | 669.50 |
| | | | **NEW YORK TIMES TOTAL** | | | **$669.50** | |
| WALL STREET JOURNAL | SALE DEC 4 | RB14006014 | 11/21 | 1.00 | 1 | 562.00 | 562.00 |
| | | | **WALL STREET JOURNAL TOTAL** | | | **$562.00** | |
| JOURNAL NEWS | SALE DEC 4 | RB12006614 | 11/16 | 1.00 | 1 | 226.80 | 226.80 |
| | SALE DEC 4 | RB14004114 | 11/22 | 1.00 | 1 | 460.00 | 460.00 |
| | | | **JOURNAL NEWS TOTAL** | | | **$686.80** | |

**INVOICE TOTAL  $1,918.30**

# Miller Advertising Agency, Inc.

### H434    DAVID MALTZ CO. INC.

PUB AD #:
CLASS: 8888 (Display Ad)
INSERTION: 11/23

INSERT ORDER #: RB200114-2014
ZONE: M

PUB: NEW YORK TIMES
SORTKEY: SALE DEC 4
SUNDAYS: 1



# Miller Advertising Agency, Inc.

### H434    DAVID MALTZ CO. INC.

PUB AD #:
CLASS: 8888 (Display Ad)
INSERTION: 11/21

INSERT ORDER #: RB140060-2014
ZONE:
WEEKDAYS: 1

PUB: WALL STREET JOURNAL
SORTKEY: SALE DEC 4



**Miller Advertising Agency, Inc.**

**H434   DAVID MALTZ CO. INC.**

PUB AD #:
CLASS: 8888 (DISPLAY AD)
INSERTION: 11/22

INSERT ORDER #: RB140041-2014
ZONE: TJN
WEEKDAYS: 1

PUB: JOURNAL NEWS
SORTKEY: SALE DEC 4

United States Bankruptcy Court Southern District of New York • Re: Ezriel Edward Kornel, a/k/a Ed Kornel
And Katherine S. Peitizi, a/k/a Katherine Kornel, a/k/a Katherine Peitizi-Kornel • Case # 14-22997-RDD

# BANKRUPTCY
# AUCTION

### December 4th • Armonk, NY

## Spectacular 7,100 Sq Ft
## Custom Home on 2+ Acres
### 12 Gifford Lake Drive, Armonk, NY

Open House: Mondays,
Nov. 24th & Dec. 1st, 10am-1pm

• 6 Bedrooms & 7.5 Baths
• Recently Built in 2008

*MARIANNE T. O'TOOLE, CHAPTER 7 TRUSTEE*

David R. Maltz, Auctr DCA #763794 • Richard B. Maltz, DCA #1240836, NY Broker • David Constantino, DCA #1240944

## MaltzAuctions.com · 516.349.7022

*AUCTIONS...YOUR LIQUIDITY SOLUTION®*

# Miller Advertising Agency, Inc.

## H434    DAVID MALTZ CO. INC.

| | | |
|---|---|---|
| PUB AD #: | INSERT ORDER #: RB120066-2014 | PUB: JOURNAL NEWS |
| CLASS: 8888 (DISPLAY AD) | ZONE: TJN | SORTKEY: SALE DEC 4 |
| INSERTION: 11/16 | | SUNDAYS: 1 |

Armonk
12 Gifford Lake Dr.
BANKRUPTCY

## AUCTION

Spectacular 7,100 Sq Ft
Custom Home on 2+ Acres
Truly a Must See!
Auction Date: Dec. 4th
Open House: Mon.,
Nov. 17th, 10am-1pm
516.349.7022
MaltzAuctions.com



New York Real Estate Journal

# nyrej

Tel: 781-878-4540 Fax: 781-871-8287
Outside Mass.: 800-654-4993
www.nyrej.com
facebook.com/nyrej
twitter.com/nyrej

*hornel*



# Invoice

| DATE | NUMBER |
|------|--------|
| 11/11/2014 | NY265945 |

## Bill to:
109622

DAVID R. MALTZ & CO, INC
Attn: RICHARD MALTZ
39 WINDSOR PLACE
CENTRAL ISLIP, NY 11722

### Advertiser

109622*XX
DAVID R. MALTZ & CO, INC

| CUSTOMER ORDER NO. | PUB DATE | SECTION | FREQUENCY | INSERTION NO. | SALESPERSON CODE | PAGE NO. | T/S |
|---|---|---|---|---|---|---|---|
| RICHARD MALTZ | 11/11/2014 | LI | 1X | 57 | KW,HH | 8&9 KW | 1 |

| Description | Amount |
|---|---|
| NEW YORK REAL ESTATE JOURNAL | |
| FULL PAGE-4 COLOR-COM    "COMPANY OF THE MONTH" | 895.00 |
| Sub Total | 895.00 |

*Amount →* $99 44

**We accept**

Credit Card # _____
Exp. Date _____ Amount _____
Auth. Signature _____

| TERMS: NET 30 DAYS *A service charge of 1.5% per month will be added to overdue accounts.* | **Invoice Total** | 895.00 |
|---|---|---|

## Please include invoice number with remittance to ensure proper credit.

PLEASE EXAMINE AT ONCE: This account will be considered correct if no error is reported within 15 days.



Visit the paper online nyrej.com | **Long Island** | New York Real Estate Journal

# BANKRUPTCY, LIQUIDATION & RECEIVER DIRECTED

# AUCTIONS

## November 20th through December 11th

### November 20th at 7:00 pm

**RECEIVER DIRECTED**

In Re: Commodore Futures Trading Commission v. Stephen Walsh, et.al.
US District Court, Southern District of NY • Case No. 09-CV-1749-GBD

In Re: Securities and Exchange Commission v. WG Trading Investors, L.P. et. al
US District Court, Southern District of NY • Case No. 09-CV-1750-GBD

**North Salem, NY**

15± Acre Estate: 9,000+ Sq Ft Mansion
• 2 Adjoining Upscale Guest/Caretaker Homes

**14, 16 & 22 Wheeler Road
North Salem, NY 10560**

*Each of the 3 Properties are Available Independently or in Bulk*

• Entire Estate Previously Listed at $10,000,000
• **$2,250,000 Suggested Opening Bulk Bid**

Rubb Erazo & Associates LLC, Court Appointed Receiver

---

**IMMEDIATE SALE DIRECTED**

**Brewster, NY**

7,300+ Sq Ft Country Retreat on 5 Acres
Great Entertaining Home/Family Compound

**584 Milltown Road, Brewster, NY 10509**

• Tranquil Setting & Only 1 Hour from NYC
• 10 Bedrooms & 6 Baths
• Previously Listed at $819,000
• **$375,000 Opening Bid**

---

## WELCOMING AUCTION CONSIGNMENTS

Real Estate • Automobiles • Boats • Collectibles
Construction Equipment • Jewelry
Business Liquidations • IP, Soft & IT

### November 25th at 10:00 am

**FORECLOSURE AUCTION**

**Brooklyn, NY**

**1 Bedroom Trump Village Co-Op**

**2940 West Fifth Street, Unit 5-A
Brooklyn, NY 11224**

• 750 Sq Ft, 1 BR & 1 BA

### December 4th at 10:00 am

**BANKRUPTCY AUCTION**

US Bankruptcy Court Southern District of NY f/k/a/ Plassi
In Re: Erriel Edward Karmel a/k/a Ed Karmel and Katherine S. Priotti,
a/k/a Katherine Karmel, a/k/a Katherine Priotti-Karmel • Case # 14-22997

**Armonk, NY**

Spectacular 7,100 Sq Ft Custom Home

**12 Gifford Lake Drive
Armonk, NY 10504**

• Magnificent Custom-Built Home on 2+ Acres
• 6 Bedrooms & 7.5 Baths

Marianne T. O'Toole, Chapter 7 Trustee

---

**BANKRUPTCY AUCTION**

US Bankruptcy Court Eastern District of NY • In Re: Nicholas Bouloukos
Case # 13-73428-REG

**Seaford, NY**

2,500 Sq Ft Home in Pristine Condition

**4000 Darby Lane, Seaford, NY 11783**

• 6 Bedrooms & 4.5 Baths

Robert S. Priver, Esq., Chapter 7 Trustee

### December 11th at 11:00 am

**IMMEDIATE SALE DIRECTED**

**Amityville, NY**

Spectacular 5,500 Sq Ft Fully Equipped Turn-Key Restaurant

**330 Merrick Road, Amityville, NY 11701**

• Prime Corner Location on 17,700 Sq Ft Lot • Street Parking
• Truly a Must See!!!
• **$850,000 Opening Bid**

---

**IMMEDIATE SALE DIRECTED**

**Bethpage, NY**

6,000+ Sq Ft Prime Retail Building on Main Thoroughfare

**4107-4111 Hempstead Turnpike, Bethpage, NY 11714**

• Surrounded by National Retailers: Autozone, Walgreens, Starbucks, Target, Dunkin Donuts, Chilis, Bestbuy, BJs and Many Others
• Previously Listed at $1,150,000
• **$525,000 Opening Bid**

---

**IMMEDIATE SALE DIRECTED**

**Lake Grove, NY**

24,000+ Sq Ft Prime Retail/Office Development Site on Main Thoroughfare

**Middle Country Road, Lake Grove, NY 11755**

• Located on South Side of Road, Between Dietz Ave & Hallock Ave
• Across from New 125,000 Sq Ft Bristal Assisted Living Facility
• Previously Listed at $295,000
• **$95,000 Opening Bid**

---

## 516.349.7022 • MaltzAuctions.com

*AUCTIONS...YOUR LIQUIDITY SOLUTION®*

David R. Maltz Auctioneer DCA # 762 • Richard B. Maltz Auctioneer & Licensed Real Estate Broker DCA # 1240836 • David A. Constantino Auctioneer DCA # 1424944

# Sales Order



1-800-The-Sign
Corporate Headquarters
2381 Griffin Road
Fort Lauderdale, FL  33312

Phone: (800) 843-7446          Fax: (954) 989-9099

Sales Order Number:
41589

Sales Order Date:
Oct 31, 2014

Page:
1

Sold To: David R. Maltz & Co., Inc
39 Windsor Place
Central Islip, NY  11722
USA

Ship To: David R. Maltz & Co., Inc
39 Windsor Place
Central Islip, NY  11722
USA

Phone:  516-349-7022

Fax:    516-349-0105

| Customer ID | Customer Contact | Ship Via |
|---|---|---|
| DAVIDRMALTZ | Richard | OH |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 1.00 | FILE NAME | DAVIDRMALTZ41589 | | |
| 1.00 | OH41DYS1 | 2' x 3' Sign - 1 Side, Full Color, 10 Mil | 48.49 | 48.49 |
| 1.00 | OH116SS | Skirt Stand 16"x 12" | 4.70 | 4.70 |
| 1.00 | OHSHIP | UPS Ground - $ | 20.00 | 20.00 |

Subtotal          73.19

Sales Tax

**TOTAL ORDER AMOUNT**          73.19

# Not An Invoice

Total charged upon approval.

*Please note: cancelled orders will receive a $30 charge for the drawing; plus map fees if applicable.*



## INVOICE

| | |
|---|---|
| **Invoice:** | 65229 |
| **Invoice Date:** | 10/31/2014 |
| **Order Date:** | 10/24/2014 |
| **Job Number:** | 171154 |
| **Customer Number:** | 121132 |
| **Salesperson:** | Vickie Riggins |
| **Purchase Order Number:** | Richard |
| **Payment Terms:** | Due in 30 days |

David R. Maltz & Co., Inc
Attn: Richard B. Maltz CAI CES
30 Windsor Place
Central Islip  NY  11722

**Remit To:**
Indexx, Inc
303 Haywood Road
Greenville, SC  29607

| Quantity | Description | Price |
|---|---|---|
| 9,853 | 8 Pages Self Cover - Nov. 28th<br>In Re: Kornel | $1,992.49 |
| 9,853 | Mailing | |
| | Net Sales: | $1,992.49 |
| | **Invoice Total:** | $1,992.49 |

We Appreciate You!!
Terms:  Due in 30 days

---

To insure proper credit return this portion of the invoice with your remittance.

David R. Maltz & Co., Inc
Attn: Richard B. Maltz CAI CES
30 Windsor Place
Central Islip  NY  11722

| | |
|---|---|
| **Invoice:** | 65229 |
| **Invoice Date:** | 10/31/2014 |
| **Job Number:** | 171154 |
| **Customer Number:** | 121132 |
| **Purchase Order Number:** | Richard |

**Invoice Amount Due:**  1,992.49

NOTE: A fee of 18% per annum, will be charged on past due balances.
ANY QUESTIONS, PLEASE CALL (864) 234-1024 OR FAX (864) 234-7287

https://www.facebook.com/ads/manage/summary/campaign/?campaign_id=6024285534953&...

Campaign Summary

12/12/2014 7:35 AM



**Ads Manager**

Home
All Campaigns

Campaign
**Dec 4th - Kornel**

Richard    Home 20▾

**Account**
**Richard Maltz**

| STATUS | DELIVERY | OBJECTIVE | SCHEDULE | SPENT TODAY | LIFETIME SPENT |
|---|---|---|---|---|---|
| | ● Not Delivering | Website Clicks | Nov 13, 2014 – Dec 1, 2014 | $0.00 | $357.88 of $357.88 |
| | Ad Sets Completed | | 9:07am 6:47am | | |

Campaigns
Pages
Reports

WEBSITE CLICKS ?
**4,447**
Clicks to Website

REACH ?
**54,881**

FREQUENCY ?
**1.69**

AVG. COST PER WEBSITE CLICK ?
**$0.08**

TOTAL SPENT ?
**$357.88**

November 13, 2014 – December 1, 2014

Audience Insights
Settings
Billing
Conversion Tracking
Power Editor
Account History
Audiences

Help Center
Advertiser Support

Search your ads

| Ad Sets | Ads |

All Sets | All Except Deleted | Edit Ad Sets | View Report | View History

**Create Ad in Campaign**

| Status ? | Ad Set ? | Delivery ? | Results ? | Cost ? | Reach ? | Budget ? | Spent Today ? | Total Spent ? | Start Date ? | End Date ? |
|---|---|---|---|---|---|---|---|---|---|---|
| | Targeted | ● Completed | 2,695 Website Clicks | $0.07 Per Website Click | 27,581 | $10.00 Daily | $0.00 | $178.86 of $178.86 | 11/13/2014 9:13am | 12/01/2014 6:47am |
| | Local | ● Completed | 1,752 Website Clicks | $0.10 Per Website Click | 32,623 | $10.00 Daily | $0.00 | $179.02 of $179.02 | 11/13/2014 9:07am | 12/01/2014 6:47am |

2 Results

2 Results

About   Create Ad   Create Page   Developers   Careers   Privacy   Cookies   Terms   Help

Facebook © 2014
English (US)

BANKRUPTCY, LIQUIDATION & RECEIVER DIRECTED

# AUCTIONS

## November 20th *through* December 4th



*5 Properties Throughout Westchester & Putnam, NY*







NORTH SALEM | NORTH SALEM | NORTH SALEM | BREWSTER | ARMONK

## AUCTIONS...YOUR LIQUIDITY SOLUTION®

516.349.7022 • MaltzAuctions.com



**David R. Maltz & Co., Inc.**
39 Windsor Place, Central Islip, NY 11722 • 516.349.7022
Auctioneers, Appraisers, Real Estate Brokers
www.MaltzAuctions.com




Scan this Code
with Your Smart Phone to View
Details on all Upcoming Auctions

Follow Us:

David R. Maltz, Auctioneer DCA # 762794
Richard B. Maltz, Auctioneer DCA# 1240836
David A. Constantino, Auctioneer DCA# 1424944
Richard B. Maltz, Licensed Real Estate Broker
516.349.7022 • Info@MaltzAuctions.com

*AUCTIONS...YOUR LIQUIDITY SOLUTION®*

### BANKRUPTCY, LIQUIDATION & RECEIVER DIRECTED

# AUCTIONS
## November 20th *through* December 4th

**AUCTION REGISTRATION**
Registration will commence at least one hour prior to each auction.

**TERMS & CONDITIONS OF SALE**
Properties will be sold free & clear of all monetary liens. Please visit
www.MaltzAuctions.com for complete terms and conditions of sale for
each auction.

**BUYER BROKER PARTICIPATION**
A two percent (2%) commission will be paid to any properly licensed
Buyer broker who registers a successful buyer in accordance with the buyer
broker guidelines (excludes bankruptcy auctions). Please visit
www.MaltzAuctions.com for properties offering Broker Participation.

| ID# | AUCTION DATE/ TIME & LOCATION | DESCRIPTION/LOCATION | VIEWINGS | DEPOSIT |
|---|---|---|---|---|
| 14-900 | Thursday, November 20th • 7:00 pm The Ritz-Carlton, Westchester Three Renaissance Sq., White Plains, NY 10601 | 9,000+ Sq Ft Water View Mansion on 9.11 Acres *16 Wheeler Road, North Salem, NY 10560* | November 6th, 9th & 16th 10:00 am – 2:00 pm | $200,000 *Cashier's Check* |
| 14-901 | Thursday, November 20th • 7:00 pm The Ritz-Carlton, Westchester Three Renaissance Sq., White Plains, NY 10601 | 2,000+ Sq Ft Home & Detached Apartment on 4+ Acres *22 Wheeler Road, North Salem, NY 10560* | November 6th, 9th & 16th 10:00 am – 2:00 pm | $50,000 *Cashier's Check* |
| 14-902 | Thursday, November 20th • 7:00 pm The Ritz-Carlton, Westchester Three Renaissance Sq., White Plains, NY 10601 | 1,700+ Sq Ft Home on 2.8+ Acres *14 Wheeler Road, North Salem, NY 10560* | November 6th, 9th & 16th 10:00 am – 2:00 pm | $50,000 *Cashier's Check* |
| 14-903 | Thursday, November 20th • 7:00 pm The Ritz-Carlton, Westchester Three Renaissance Sq., White Plains, NY 10601 | 7,300+ Sq Ft Private Retreat on 5 Acres *584 Milltown Road, Brewster, NY 10509* | November 9th & 16th 11:00 am – 1:00 pm | $37,500 *Cashier's Check* |
| 14-904 | Thursday, December 4th • 10:00 am *TBA - See Web for Details* | 7,100 Sq Ft Luxurious Custom Home on 2+ Acres *12 Gifford Lake Drive, Armonk, NY 10504* | *TBA - See Web for Details* | $150,000 *Cashier's Check* |







**NORTH SALEM**     **NORTH SALEM**     **NORTH SALEM**     **BREWSTER**     **ARMONK**

## 516.349.7022 • MaltzAuctions.com

# DECEMBER 4TH • 10:00 AM

*Auction Location TBA*

#14-904: ARMONK

## BANKRUPTCY AUCTION

### UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK

In Re: Ezriel Edward Kornel, a/k/a Ed Kornel and Katherine S. Petitti, a/k/a Katherine Kornel, a/k/a Katherine Petitti-Kornel • Case # 14-22997-RDD

# 7,100+ Sq Ft Luxury Home on 2+ Acres
## Spectacular Recently Built Custom Home



## 12 Gifford Lake Drive
## Armonk, NY 10504

- 6 Bedrooms & 7.5 Baths
- 7,100 Sq Ft Home + Full & Finished Walkout Basement
- Luxurious Home Built in 2008 with Custom High-End Finishes
- Gourmet Eat-In Kitchen
- Hardwood & Marble Floors
- 5 Fireplaces
- Incredible Attention to Detail
- Private Cul-de-Sac Location

*Marianne T. O'Toole, Chapter 7 Trustee*
*LaMonica, Herbst & Maniscalco LLP, Attorneys for the Chapter 7 Trustee*

## 516.349.7022 • MaltzAuctions.com

## BANKRUPTCY, LIQUIDATION & RECEIVER DIRECTED

# AUCTIONS

# November 20th
*through*
# December 11th

---

### November 20th at 7:00 pm

#### RECEIVER DIRECTED

In Re: Commodity Futures Trading Commission v. Stephen Walsh, etc., et al.
US District Court, Southern District of NY • Case No. 09-CV-01749-GBD

In Re Securities and Exchange Commission v. WG Trading Investors, L.P., etc., et al.
US District Court, Southern District of NY • Case No. 09-CV-01750-GBD



#### North Salem, NY

**15± Acre Estate: 9,000+ Sq Ft Mansion
+ 2 Adjoining Upscale Guest/Caretaker Homes**

**14, 16 & 22 Wheeler Road
North Salem, NY 10560**

*Each of the 3 Properties are Available Independently or in Bulk*

- Entire Estate Previously Listed at $10,000,000
- ***$2,250,000 Suggested Opening Bulk Bid***

Robb Evans & Associates LLC, Court Appointed Receiver

---

#### IMMEDIATE SALE DIRECTED



#### Brewster, NY

**7,300+ Sq Ft Country Retreat on 5 Acres
Great Entertaining Home/Family Compound**

**584 Milltown Road, Brewster, NY 10509**

- Tranquil Setting & Only 1 Hour from NYC
- 10 Bedrooms & 6 Baths
- Previously Listed at $819,000
- ***$375,000 Opening Bid***

---

**WELCOMING
AUCTION
CONSIGNMENTS**

*Real Estate • Automobiles • Boats • Collectibles
Construction Equipment • Jewelry
Business Liquidations • We Sell It All*

---

### November 25th at 10:00 am

#### FORECLOSURE AUCTION



#### Brooklyn, NY

**1 Bedroom Trump Village Co-Op**

**2940 West Fifth Street, Unit 5-A
Brooklyn, NY 11224**

- 750 Sq Ft, 1 BR & 1 BA

---

### December 4th at 10:00 am

#### BANKRUPTCY AUCTION

US Bankruptcy Court Southern District of NY (White Plains)
In Re: Ezriel Edward Kornel, a/k/a Ed Kornel and Katherine S. Petitti,
a/k/a Katherine Kornel, a/k/a Katherine Petitti-Kornel • Case # 14-22997



#### Armonk, NY

**Spectacular 7,100 Sq Ft Custom Home**

**12 Gifford Lake Drive
Armonk, NY 10504**

- Magnificent Custom-Built Home on 2+ Acres
- 6 Bedrooms & 7.5 Baths



Marianne T. O'Toole, Chapter 7 Trustee

---

#### BANKRUPTCY AUCTION

US Bankruptcy Court Eastern District of NY • In Re: Nicholas Bouloukos
Case # 13-73828-REG



#### Seaford, NY

**2,500 Sq Ft Home in Pristine Condition**

**4000 Darby Lane, Seaford, NY 11783**

- 4 Bedrooms & 4.5 Baths

Robert L. Pryor, Esq., Chapter 7 Trustee

---

### December 11th at 11:00 am

#### IMMEDIATE SALE DIRECTED



#### Amityville, NY

**Spectacular 5,500 Sq Ft Fully Equipped Turn-Key Restaurant**

**330 Merrick Road, Amityville, NY 11701**

- Prime Corner Location on 17,700 Sq Ft Lot + Street Parking
- Truly a Must See!!!
- ***$850,000 Opening Bid***

---

#### IMMEDIATE SALE DIRECTED



#### Bethpage, NY

**6,000+ Sq Ft Prime Retail Building on Main Thoroughfare**

**4107-4111 Hempstead Turnpike, Bethpage, NY 11714**

- Surrounded by National Retailers: Autozone, Walgreens, Starbucks, Target, Dunkin Donuts, Chilis, Bestbuy, BJs and Many Others
- Previously Listed at $1,150,000
- ***$525,000 Opening Bid***

---

#### IMMEDIATE SALE DIRECTED



#### Lake Grove, NY

**24,000+ Sq Ft Prime Retail/Office Development Site
on Main Thoroughfare**

**Middle Country Road, Lake Grove, NY 11755**

- Located on South Side of Road, Between Dietz Ave & Hallock Ave
- Across from New 125,000 Sq Ft Bristal Assisted Living Facility
- Previously Listed at $295,000
- ***$95,000 Opening Bid***

---

# 516.349.7022 • MaltzAuctions.com

### *AUCTIONS...YOUR LIQUIDITY SOLUTION®*

David R. Maltz, Auctioneer DCA# 762784 • Richard B. Maltz, Auctioneer & Licensed Real Estate Broker DCA# 1240836 • David A. Constantino, Auctioneer DCA# 1424944

(4) Campaign Summary

Richard    Home  20+

**Ads Manager**

**Account**

**Richard Maltz**

**Campaigns**

Pages
Reports
Audience Insights
Settings
Billing
Conversion Tracking
Power Editor
Account History
Audiences

Help Center
Advertiser Support

Search your ads

Home
All Campaigns

Campaign
**Dec 4th - Kornel**

| STATUS | DELIVERY | OBJECTIVE | SCHEDULE | SPENT TODAY | LIFETIME SPENT |
|---|---|---|---|---|---|
| | ○ **Not Delivering**<br>Ad Sets Completed | **Website Clicks** | **Nov 13, 2014 – Dec 1, 2014**<br>9:07am | **$0.00** | **$357.88** of $357.88 |

| WEBSITE CLICKS ? | REACH ? | FREQUENCY ? | TOTAL SPENT ? | AVG. COST PER WEBSITE CLICK ? |
|---|---|---|---|---|
| **4,447** | **54,881** | **1.69** | **$357.88** | **$0.08** |

Clicks to Website

November 13, 2014 – December 1, 2014

Create Ad in Campaign

Ad Sets    Ads        All Except Deleted    Edit Ad Sets    View Report    View History

2 Results

| ☐ | Status ? | Ad Set ? | Delivery ? | Results ? | Cost ? | Reach ? | Budget ? | Spent Today ? | Total Spent ? | Start Date ? |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | | Targeted | ● Recently Completed | 2,695<br>Website Clicks | $0.07<br>Per Website Click | 27,581 | $10.00<br>Daily | $0.00 | $178.86 of $178.86 | 11/13/2014<br>9:13am |
| ☐ | | Local | ● Recently Completed | 1,752<br>Website Clicks | $0.10<br>Per Website Click | 32,623 | $10.00<br>Daily | $0.00 | $179.02 of $179.02 | 11/13/2014<br>9:07am |

2 Results

About    Create Ad    Create Page    Developers    Careers    Privacy    Cookies    Terms    Help

Facebook © 2014
English (US)



Richard Maltz <rmaltz@maltzauctions.com>

## LoopNet Purchase Confirmation
1 message

**LoopNet Client Services** <help@loopnet.com>                                           Thu, Nov 13, 2014 at 9:41 AM
To: rmaltz@maltzauctions.com

♻ LoopNet®   | For Sale | For Lease | Sales Comps | Property Records | Local Info |

Connecting Commercial Real Estate™                                                        Log In

## LoopNet Purchase Confirmation

Congratulations on your LoopNet purchase!

### Order summary

November 13, 2014

| Product Description | Price |
| --- | --- |
| 30-Day Spotlight Exposure (ID: 18980210) * $104.00/mo. 0 months subscription, billed $52.00/month for 0 months. | $52.00 |
| | **Sub-Total: $52.00** |
| | **Sales Tax: $0.00** |
| | **Total billed : $52.00** |

☑ I acknowledge that fees paid for each and every single term purchase are specific to that purchase item, are non-refundable, and may not be applied to another single iterm purchase item or subscription purchase.

Billing Information
David R. Maltz
39 Windsor Place
Central Islip, NY 11722
American Express XXXX-XXXX-XXXX-3001

The benefits of your new product are available immediately.

### Questions? Give us a call

If you have any additional questions, call our Premium Support line at 800.601.8803 (Monday-Friday 5:30am-5pm PT) or email Client Services at Help@LoopNet.com.

We look forward to assisting you with your property search.

Thank you for choosing LoopNet.com.

Per our membership Terms & Conditions, LoopNet periodically sends system messages such as notifications and product announcements to maltz@maltzauctions.com. You cannot opt-out of these system messages. For additional information, please review our membership Terms & Conditions at www.LoopNet.com.

LoopNet, Inc. 185 Berry Street, Suite 4000, San Francisco, CA 94107
reference code: 5.4RSOF-C1341879251

:: David R. Maltz & Co., Inc.

# SPECTACULAR 7,100 SQ FT CUSTOM HOME ON 2+ ACRES



6 Bedrooms & 7.5 Baths - Truly a Must-See!

## Schedule

**Live Off-Site Auction:** 12/04/2014 at 10:00 AM EST
**Location:**            *United States Bankruptcy Court S.D.N.Y at White Plains*
                         *300 Quarropas Street*
                         *Jury Selection Room*
                         *White Plains, NY 10601*

## Details

**Bankruptcy Auction** - United States Bankruptcy Court Southern District of New York

In Re: EZRIEL EDWARD KORNEL, a/k/a ED KORNEL and KATHERINE S. PETITTI, a/k/a KATHERINE
KORNEL, a/k/a KATHERINE PETITTI-KORNEL · Case # 14-22997-RDD

### Spectacular 7,100 Sq Ft Custom Home on 2+ Acres

### Truly a Must See!!!

### Details:

- 12 Gifford Lake Drive, Armonk, NY 10504
- Magnificent Custom-Built Home
- 6 Bedrooms & 7.5 Baths
- 7,100 Sq Ft Home + Full & Finished Basement
- Gourmet Kitchen
- 5 Fireplaces
- Hardwood & Marble Floors Throughout
- Copper Gutters & Downspouts
- Incredible Attention to Detail
- High Ceilings
- 3-Car Attached Garage
- Recently Built in 2008
- Situated on 2.19 Private Acres
- **First Floor**
  - Library
  - Family Room w/ Fireplace
  - Living Room

- 1.5 Baths
- Foyer
- Gourmet Kitchen
- Dining Room w/ Fireplace
- Bedroom
- **Second Floor**
- Master Suite w/ Fireplace & Ensuite Bath
- 3 Additional Full Baths
- 4 Bedrooms
- Family Room
- Laundry Room
- **Basement:**
- Full & Substantially Finished (Appx 85%) Walkout
- 2 Full Baths
- Utility Room
- **Additional Information**
- Byram Hills School District
- Town of North Castle
- County of Westchester
- Septic System
- Water: Well
- Fuel: Gas
- Heat: Hydro Air System
- Central Air Conditioning
- Parcel ID# 109.01-1-49.1
- Annual Real Estate/School Taxes: $69,862 (Appx)
- Currently Occupied & Will be Delivered Vacant at Closing


**Inspection/Viewing:** Mondays; November 17th, November 24th and December 1st from 10:00 am - 1:00 pm.

**Auction Date & Time:** Thursday, December 4th at 10:00 am. Registration begins at 9:30 am.

**Auction Location:** United States Bankruptcy Court Southern District of New York at White Plains, 300 Quarropas Street, Jury Selection Room, White Plains, New York 10601.

**Terms & Conditions of Sale:** Property will be sold free & clear of all liens, claims & encumbrances. In order to register to bid, all prospective bidders must present a **bank check in the amount of $150,000** made payable to "Marianne T. O'Toole, as Chapter 7 Trustee". Please download the complete Terms and Conditions of Sale.

**Marianne T. O'Toole, Chapter 7 Trustee**
LaMonica, Herbst & Maniscalco LLP, Attorneys for Chapter 7 Trustee

David R. Maltz, Auctioneer DCA# 762794

Richard B. Maltz, Auctioneer DCA# 1240836

David A. Constantino, Auctioneer DCA# 1424944

Phone (516) 349-7022  Fax (516) 349-0105

The Trustee, Attorneys for the Trustee and the Auctioneer do not guarantee the accuracy of any of the descriptions or any other information pertaining to the sale of this property. All prospective bidders are _urged_ to conduct their own due diligence prior to participating in the Public Auction.

Powered by: AuctionServices.com



Your Company:
David R. Maltz & Co., Inc.

- Current
- Past
- Archived

- [+] Add New Auction[+] Quick Add[++] Bulk Add

| Auction Title | Sort Date | Location | Hits | Visits | Actions |
|---|---|---|---|---|---|
| CONTENTS OF FULLY EQUIPPED HIGH-END RESTAURANT | 12/08/2014 11:00 AM | New York, NY | 2692 | 2692 | • View<br>• Edit<br>• Copy<br>• Feature<br>• Publish<br>• Delete |
| SPECTACULAR 7,100 SQ FT CUSTOM HOME ON 2+ ACRES | 12/04/2014 10:00 AM | Armonk, NY | 8999 | 8999 | • View<br>• Edit<br>• Copy<br>• Feature<br>• Publish<br>• Delete |
| 100-150 BANK REPOSSESSED VEHICLES + CONSIGNMENTS | 12/02/2014 10:30 AM | Central Islip, NY | 5617 | 5617 | • View<br>• Edit<br>• Copy<br>• Feature<br>• Publish<br>• Delete |
| 1 BR TRUMP VILLAGE CO-OP | 11/25/2014 10:00 AM | Brooklyn, NY | 5916 | 5916 | • View<br>• Edit<br>• Copy<br>• Feature<br>• Publish<br>• Delete |

| Auction Title | Sort Date | Location | Hits | Visits | Actions |
|---|---|---|---|---|---|
| 7,300+ SQ FT COUNTRY RETREAT ON 5 ACRES | 11/20/2014 08:00 PM | Brewster, NY | 3273 | 3273 | • View<br>• Edit<br>• Copy<br>• Feature<br>• Publish<br>• Delete |
| 1,700+ SQ FT HOME & MULTIPLE GARAGES ON 2.8+ ACRES | 11/20/2014 07:15 PM | North Salem, NY | 1523 | 1523 | • View<br>• Edit<br>• Copy<br>• Feature<br>• Publish<br>• Delete |
| 2,000+ SQ FT HOME, DETACHED APT, POOL & POOL HOUSE | 11/20/2014 07:09 PM | North Salem, NY | 2108 | 2108 | • View<br>• Edit<br>• Copy<br>• Feature<br>• Publish<br>• Delete |
| 15+ ACRE ESTATE: 9,000+ SQ FT MANSION & 2 DETACHED HOMES | 11/20/2014 07:00 PM | North Salem, NY | 5254 | 5254 | • View<br>• Edit<br>• Copy<br>• Feature<br>• Publish<br>• Delete |
| 9,000+ SQ FT WATER VIEW MANSION ON 9+ ACRES | 11/20/2014 07:00 PM | North Salem, NY | 2113 | 2113 | • View<br>• Edit<br>• Copy<br>• Feature<br>• Publish<br>• Delete |
| VEHICLES AND WAREHOUSE EQUIPMENT | 11/18/2014 11:00 AM | Central Islip, NY | 3274 | 3274 | • View<br>• Edit<br>• Copy<br>• Feature<br>• Publish |

| Auction Title | Sort Date | Location | Hits | Visits | Actions |
|---|---|---|---|---|---|

- Delete

**Auction Calendar Configuration**

« Previous 1 2 **3** 4 5 6 7 8 9 … 139 140 Next »

# Auctions in this list are PAST/CLOSED or SOLD.

Auctions listed in this font are SOLD. You cannot feature these auctions on your website, however you can continue to edit/publish these auctions. PAST or SOLD auctions will not show up on your site unless you have special pages created by AuctionServices.com for PAST or SOLD auctions.

- Back to Dashboard

Need help? CLICK HERE to file a help desk ticket.
Support